Name: _Leah Alspaugh_

Address: _1255 Elden Ave_

_Unit 520 mailbox 56   90006_

Phone: _323 762 6900_

Fax: _____

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT

OCT 19 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

_Fitness International_

Plaintiff

v.

_Leah Alspaugh_

Defendant(s).

CASE NUMBER:

_22-CV-01800-DOC-DFM_

Date: _Nov 21, 2022_

Time: _8:30 Am_

CRT: _10 A_

( Enter document title in the space provided above )

_Motion for Certificate of Merit_
_Motion for Certificate of Merit_

1

_Page Number_

CV-127 (09/09)         PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

8:22-cv-01800-KES     Fitness International vs leah alspaugh

Motion for Certificate of Merit

In opposition the the civil proceedings of fitness international vs leah alspaugh. The allegations for trademark infringement and the request for injunctive relief have temporary restraining order request to quash the granted of restraining and move to an adjoined agreement between fitness international its agents its officers and its agents and its employees and Pro Results and LA fitness. I leah alspaugh agree to not use the  La Fitness trademark of a black and yellow in any of the clubs not only does is misrepresent the colors of la fitness but it also recognizes the ukranina colors which we are at odds with. In the past six months fitness international officers and employees have neglected the responsibilities to keep our clubs safe and operating. In conjunction with that they have allowed the capacity of alien individuals to enter the club act as employees and interfere with our internal dat. The principle place of business where all of our clubs are deposited was compromised. The lives of the public have been at public threat to our nation because of these activities. The use of all of the equipment by the employees and the members was by equipment that was listed under my name and  my employee address. When I contacted the ceo at his email address two individuals came to the club wearing uniform that was alien to la fitness employees and by use of the corporate number I was able to deter them from coming back into the club.FBoth plantiffs in this case provided false statements about presenting me with a no trespass letter and representing me as a executive and my employment history was also inaccurate. The allegations against the secretary state causing fraud too were false. CT corporation is a co conspirator to this invasion of alien people int o our clubs. nWith no hiring mangaer and no operations managers in the clubs or in the corporate office this caused a true threat to our company and its members. There was use of a tmobile service to cause a hybrid shift in data and security inbetween our company and its powers. Anyone who works for LA fitness and understands the componenets of the clubs would not shift this enormous fidelity to a hybrid location. A corporation must be domicilied within its principle place of business. One must have authority to do this and as an employee you only have the authority to do this. Also the transfer of the corporate contact number to Georgia and change to a national number is far beyond the grasp of the outfit of la fitness. It is beyond me to see that the lack of responsibility to our paod employees has caused such a economic impact on our society. The refurbishing of the clubs was a part of my agreement with pro results and la fitness. Fitness International was not in this agreement. A fitness club does not operate on hybrid status and it is beyond me that the oversight of  LA Fitness has been neglected. I do not find that fitness international is entitled to any certificate of merit on hese facts. I do request to the courts a certificate of merit in a matter of 28 days to LA Fitness and Pro Results in support of my goodwill to this fitness club city state and federal employees. I agree not to contact any fitness international affiliates upon this matter as I was trained to work with these people they do not understand the common impact on society. I do indeed to terminate all injunctions with the gain of fiduciary trust and trust of the American people by alien affliates. Most definitely establish order and responsibility to LA FITNESS AND PRO RESULTS AFFILITES.