Name: Leah Alspaugh
Address: 1255 Elden Ave
Unit 520 mailbox 56  90006
Phone: 3237626406
Fax:

In Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Fitness International

Plaintiff

v.

Leah Alspaugh

Defendant(s).

CASE NUMBER: 8:22-cv-01800-DOC

Response to opposition to temporary restraining order

FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2022
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Page Number 1

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Fitness Internationa,llc vs leah alspaugh USDC,Central District, Case No. 8::22-CV-01800-DFM

Response and opposition to temporary restraining order and injunctive relief

In opposition to ex parte all affected parties have adjoined in this matter consequently use the name of LA Fitness and Pro Results for the benefits of exercising fiduciary powers where the beneficiary and the trustee its corporation are alien to this conduct. On the merits of plantiffs I oppose the request for injunctive relief. The irrevocbal trust for LA Fitness remains with the title Donkey in Butt in some western state I have no known relation to this affiliation and I would assume it would be one of the democratic party. On June 5,2022 the principle location to Fitness International llc at 3161 michelson drive Irvine,ca 90006 was abandoned. The plantiffs who represent themselves as human resources director is not domiciled to the principle place of business. The two plantiffs are not domiciled with the principle place of business. Fitness Corporations are only citizens of the state which they are incorporated to have principle place of business maintaining a registered agent within the state is not enough. The citizenship of an llc requires the citizenship of its members its legal and tax authority.  As far as trademark infringement LA Fitness employees are not in any LA  fitness uniform or pro results uniform only one or two clubs wear LA fitness employee shirts as far as the logo is concerned. In the case of Israel Mcdonald vs Mcdonald's the use of surename imposes trademark infringement. I believe the transfer of title of LA Fitness were transferred to me based on the merits of cisco ip which was registered  our internal  use of intranet systems which has been compromised due  The corporate carrier affiliated with the fcc for use of phones. The use of insurance policy from united fire insurance to pay its employees and purchase equipment. The use of ein  number by fitness international registered to LA Fitness. LA Fitness and Pro Results are registered with the county as the owners the taxes are paid through LA Fitness and Pro Results. In the public's concern I did not mean to mislead or adjoin fitness international in its moral turpitude. As this case relates to question of merit I  also want to inform the court that the while the principle plsce of business is not domiciled in the state of principle for fitness international. The allowance of other use of our LA Fitness clubs to other organizations is allowing the demand for authority and influence the act of due diligence of LA Fitness and Pro results also a lack of responsibility of fitness international. I was too confused about the matters that have been established at LA Fitness thier were too many people in the clubs who were stating they were employees and were not and many others who were stating they had been employeed with us for years who have not. I contacted the registered agent and asked how they were affiliated they told me they just picked up the company as an agency that no one paid them to register as a registered agent. CC corporation assigned themselves to the hiring and I realized that this must be the company that was allowing all of these people into the clubs I sent a letter to their office but it was sent back as return to sender. I by no means was in any threat to fitness international fitness international by contract gave use to La fitness to LA Fitness. Pro reults is our training department which makes up 60% of our revenue.  As soon as I mentioned pro results the company attempted to take out the entire training department. I do not qualify for a restraining

