Alice Chen Smith, SBN 251654
asmith@yokasmith.com
Christine C. De Metruis, SBN 203610
cdemetruis@yokasmith.com
**YOKA | SMITH, LLP**
**445 South Figueroa St., 38th Floor**
**Los Angeles, California 90071**
Phone:  (213) 427-2300
Fax:      (213) 427-2330

Attorneys for Plaintiff, FITNESS INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| FITNESS INTERNATIONAL, LLC | Case No.: 8:22-CV-01800-DOC-DFM |
|---|---|
| Plaintiff, | |
| -vs- | **ORDER RE PRELIMINARY INJUNCTION** |
| LEAH ALSPAUGH and DOES 1 through 50, inclusive, | |
| Defendant. | |

This matter was called for hearing on October 28, 2022 at 9 a.m. in Department 10A of the above-entitled court, The Honorable David O. Carter presiding.  Alice Chen Smith, Esq. appeared for Plaintiff, FITNESS INTERNATIONAL, LLC.  Defendant LEAH ALSPAUGH appeared *in propria persona*.

The Court considered Plaintiff FITNESS INTERNATIONAL, LLC's ("Plaintiff") *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue, the accompanying Memorandum of Points and Authorities and Declarations in support thereof, Defendant's Opposition, and Plaintiff's further briefing submitted for the Order to Show Cause Hearing on Why a Preliminary Injunction Should Not Issue, and arguments of counsel and Defendant ALSPAUGH:

IT IS HEREBY ORDERED that, until a final determination of the merits of this case by the trier of fact, defendant LEAH ALSPAUGH, and Does 1 through 50 (collectively, "Defendants") are hereby restrained and enjoined from the following:

1. Infringing on Plaintiff's federally registered trademarks;
2. Making representations to any person or entity, or federal or state agency, that she is the owner, agent, representative of, or has any affiliation with, Plaintiff or any of its brands, including LA Fitness and Pro Results;
3. Taking any action, including filing any document, with any federal or state agency in any state, under the name LA Fitness, Fitness International, LLC, Pro Results;
4. Contacting any of Plaintiff's employees by email, phone or in person to take or recommend any employment actions (including but not limited to hiring, terminating or promoting any employees, contacting the payroll department concerning any employees) and terminating any member's memberships; and
5. Entering, or coming within 50 feet, of any of Plaintiff's facilities nationwide, including its gyms and corporate offices.

///
///
///
///

1    IT IS SO ORDERED.

3    DATED: November 1, 2022      _____

4                                             The Honorable David O. Carter

5                                             United States District Court Judge