Alice Chen Smith, SBN 251654
asmith@yokasmith.com
Christine C. De Metruis, SBN 203610
cdemetruis@yokasmith.com
**YOKA | SMITH, LLP**
**445 South Figueroa St., 38th Floor**
**Los Angeles, California 90071**
**Phone: (213) 427-2300**
**Fax: (213) 427-2330**

Attorneys for Plaintiff, FITNESS INTERNATIONAL, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FITNESS INTERNATIONAL, LLC<br><br>Plaintiff,<br><br>-vs-<br><br>LEAH ALSPAUGH and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: 8:22-CV-01800-DOC-DFM<br>Hon. David O. Carter<br><br>**FITNESS INTERNATIONAL, LLC'S *EX PARTE* APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: CONTEMPT AND FOR MONETARY SANCTIONS AND/OR IMPRISONMENT OF DEFENDANT**<br><br><u>Hearing</u><br>Date:<br>Time:<br>Courtroom: 10A |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff, FITNESS INTERNATIONAL, LLC ("Fitness") hereby applies to this Court *ex parte* for an Order to Show Cause why defendant LEAH ALSPAUGH ("Defendant") should not be held in contempt of Court, and why monetary sanctions and/or imprisonment should not imposed for any future

violations, for Defendant's repeated and willful violations of the Preliminary Injunction entered by the Court on November 1, 2022. [Dkt. 26.] Defendant's violations of the Preliminary Injunction include:

- **Paragraph 1 of the Preliminary Injunction –** Defendant continues to infringe on Fitness' federally registered trademarks, "LA Fitness", "L.A. Fitness", and "Pro Results", by using the same or confusingly similar names in filings with the Superior Court of the State of California, and in communications with Fitness personnel and third parties;
- **Paragraph 2 of the Preliminary Injunction –** Defendant continues to represent herself as the owner, employee or representative of Fitness and its brands to Fitness employees and third parties;
- **Paragraph 3 of the Preliminary Injunction** – Defendant continues to take action under the name "LA Fitness," including filing a civil action on behalf of "LA Fitness" against Fitness, seeking a restraining order against one of Fitness' employees on behalf of "LA Fitness", and hiring a third party vendor to inspect and/or modify the computers at one of Fitness' gyms in Memphis, Tennessee;
- **Paragraph 4 of the Preliminary Injunction** – Defendant continues to contact Fitness employees, by email, telephone, and in person, to discuss Fitness' business operations, employees, computer systems, memberships, and tax information;
- **Paragraph 5 of the Preliminary Injunction** – Defendant continues to trespass of Fitness' property, including its clubs in Long Beach and Los Angeles, and attempted to gain access to Fitness' corporate offices in Irvine.

As discussed in the accompanying Memorandum of Points and Authorities, while above violations began shortly after the Court issued the Preliminary Injunction, exigent circumstances exist for seeking the requested relief on an *ex parte* basis, as Defendant's violations in the recent weeks have become more severe, and are directly impacting

Fitness' operations. On or about January 11, 2023, Fitness learned that Defendant attempted to have a third party vendor inspect and/or modify the computer system at one of Fitness' gyms in Memphis, Tennessee. On January 17, 2023, the Operations Manager of Fitness' downtown Los Angeles gym was served with a Petition for Workplace Violence Restraining Order, filed by Defendant as an "employee" and "owner" of LA Fitness. On January 22, 2023, Defendant showed up at Fitness' downtown Los Angeles gym, walked into the sales area, rifled through a desk, and then went underneath the desk to attempt to unplug a computer, before she was escorted out. On January 26, 2023, Defendant telephoned Fitness' membership line, identified herself to the "employer" to Fitness' customer service representative, and asked for Fitness' tax documents which Defendant claimed she needed to renew lease agreements. On January 31, 2023, Defendant showed up at Fitness' Irvine-Crossroads gym, and informed the gym's operating manager that she was the owner and was there to work on the computers. Defendant refused to leave, and the police were called. Finally, on February 1, 2023, Defendant showed up at Fitness' corporate offices *with movers* to remove furniture from Fitness' offices.

Given the continuous nature of Defendant's violations, as well as the increasing severity of her conduct, Fitness requests that this Court issue an Order to Show Cause why Defendant should not be held in contempt of the Preliminary Injunction.

Further, given Defendant's refusal to comply with any aspect of the Court's Preliminary Injunction Order, Fitness requests that the Court impose (1) monetary sanctions in the amount of $500 for each future violation of the Preliminary Injunction in order to compel Defendant' compliance, and/or (2) imprisonment of Defendant if she refuses to, or fails to, comply with the Court's order going forward.

Finally, Fitness requests that the Court enter the Preliminary Injunction into the California Law Enforcement Telecommunications System ("CLETS") to provide law enforcement with the tools necessary to enforce the Court's Order.

Good cause exists to grant the present application on an *ex parte* basis, as Defendant's conduct will cause irreparable damage to Fitness' business operations, reputation, and employee safety and well-being.

Telephonic notice of the *Ex Parte* Application was given to Defendant on February 1, 2023 at 3:21 p.m. [De Metruis Decl., at ¶2.]

This Application is based upon this Notice, the accompanying Memorandum of Points and Authorities, the Declarations of Christine C. De Metruis, Alice Chen Smith, Mindy Stokesberry, Mervet Shuber, Alexandra Garcia, and Caroline Kim, the Court's records regarding this case, and such other and further oral and documentary evidence as may be present at the time of hearing this Application.

DATED: February 3, 2023

YOKA | SMITH, LLP

BY: ______________________________

ALICE CHEN SMITH
CHRISTINE C. DE METRUIS
Attorneys for Plaintiff, FITNESS INTERNATIONAL, LLC