# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS INTERNATIONAL, LLC<br><br>　　　　　Plaintiff,<br><br>-vs-<br><br>LEAH ALSPAUGH and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant. | Case No.: 8:22-CV-01800-DOC-DFM<br>Hon. David O. Carter<br><br>**ORDER TO SHOW CAUSE RE: CONTEMPT AND FOR MONETARY SANCTIONS AND/OR IMPRISONMENT OF DEFENDANT**<br><br>**[35]** |

1

1  This Court has considered Plaintiff FITNESS INTERNATIONAL, LLC's ("Plaintiff") *Ex Parte* Application for an Order to Show Cause Re; Contempt and for Monetary Sanctions and/or Imprisonment of Defendant LEAH ALSPAUGH ("Defendant"), and the accompanying Memorandum of Points and Authorities and Declarations in support thereof.

IT IS HEREBY ORDERED that the parties shall appear at 9 a.m. on February 21, 2023, before the Honorable David O. Carter in Courtroom 10 A located at Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, CA, 92701-4516, for a hearing to show cause why this Court should not find Defendant in Contempt of Court, and why the Court should not impose monetary sanctions or imprison Defendant to compel compliance with its November 1, 2022 Preliminary Injunction.

IT IS SO ORDERED.

DATED: February 8, 2023

_____
Hon. United States District Court Judge