# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: SA CV 22-01800-DOC-(DFM)        Date: February 21, 2023

Title: Fitness International, LLC v. Leah Alspaugh et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Miriam Baird |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Christine C. DeMetruis | Leah Alspaugh, Pro Se |

**PROCEEDINGS:**      ORDER TO SHOW CAUSE RE: CONTEMPT AND FOR MONETARY SANCTIONS AND/OR IMPRISONMENT OF DEFENDANT [36]

The case is called. The Court and counsel confer.

The Court ORDERS defendant to comply with the terms of the Court's ORDER RE PRELIMINARY INJUNCTION [26] under penalty of arrest.

The Court FURTHER ORDERS the defendant to file an answer to the complaint on or before February 28 , 2023.

                                                                                        :      18

                                                       Initials of Deputy Clerk: kdu