Alice Chen Smith, SBN 251654
asmith@yokasmith.com
Christine C. De Metruis, SBN 203610
cdemetruis@yokasmith.com
**YOKA | SMITH, LLP**
**445 South Figueroa St., 38th Floor**
**Los Angeles, California 90071**
Phone:  (213) 427-2300
Fax:      (213) 427-2330

Attorneys for Plaintiff, FITNESS INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS INTERNATIONAL, LLC<br><br>Plaintiff,<br><br>-vs-<br><br>LEAH ALSPAUGH and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: 8:22-CV-01800-DOC-DFM<br><br>**ORDER RE STATUS CONFERENCE/CONTEMPT HEARING** |

This matter was called for hearing on March 6, 2023 at 3:30 p.m. in Department 10A of the above-entitled court, The Honorable David O. Carter presiding. Alice Chen Smith, Esq. appeared for Plaintiff, FITNESS INTERNATIONAL, LLC. No appearance was made by Defendant LEAH ALSPAUGH.

The Court held a further hearing on Plaintiff FITNESS INTERNATIONAL, LLC's ("Plaintiff") *Ex Parte* Application for Issuance of Order to Show Cause re: Contempt and for Monetary Sanctions and/or Imprisonment of Defendant. Plaintiff presented live testimony from the following witnesses:

1. Preeti Manchanda
2. Stacey Rounsavall
3. Jeff Lin
4. Mindy Stokesberry
5. Alexandra Garcia
6. Jean Sanz

The Court found that Plaintiff submitted clear and convincing evidence beyond a reasonable doubt that Defendant is in contempt of Court in repeated violation of its November 1, 2022 Order re Preliminary Injunction.

IT IS HEREBY ORDERED that defendant LEAH ALSPAUGH pay monetary sanctions of $5,000.00 to Plaintiff by May 8, 2023. Further violations should be immediately reported to the Court for further hearings.

IT IS SO ORDERED.

DATED: March 8, 2023

*David O. Carter*

The Honorable David O. Carter
United States District Court Judge