Alice Chen Smith, SBN 251654
asmith@yokasmith.com
Christine C. De Metruis, SBN 203610
cdemetruis@yokasmith.com
**YOKA | SMITH, LLP**
**445 South Figueroa St., 38th Floor**
**Los Angeles, California 90071**
Phone:  (213) 427-2300
Fax:      (213) 427-2330

Attorneys for Plaintiff, FITNESS INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS INTERNATIONAL, LLC,<br><br>    Plaintiff,<br><br>-vs-<br><br>LEAH ALSPAUGH and DOES 1 through 50, inclusive,<br><br>    Defendant. | Case No.: 8:22-CV-01800-DOC-DFM<br><br>**FITNESS INTERNATIONAL, LLC'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS *EX PARTE* APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: CONTEMPT AND FOR IMPRISONMENT OF DEFENDANT AND/OR MONETARY SANCTIONS [DKT. 47]**<br><br>Hearing<br>Date:<br>Time:<br>Courtroom:  10A |

On April 6, 2023, plaintiff FITNESS INTERNATIONAL, LLC's ("Fitness") filed an *Ex Parte* application for an Order to Show Cause Re Contempt and for Monetary Sanctions or Imprisonment of defendant LEAH ALSPAUGH ("Defendant"). [Dkt. 47.] Fitness has just learned of Defendant's continuing violation of the Preliminary Injunction entered by the Court on November 1, 2022. [Dkt. 26.]

On April 7, 2023, Fitness learned that on April 6, 2023, Defendant went to its Irvine-East LA Fitness gym, spoke with the Club's Operations Manager, Allen Frazier, informed Mr. Frazier that she was the "owner," and demanded that he give her cash. During that conversation, Defendant handed Mr. Frazier a document which included a check from the bank JP Morgan Chase. The account holder on the check is identified as "LA Fitness LLC" and the address on the check is 700 W 7th St STE G300, Los Angeles CA 90071. [Frazier Decl., at ¶¶1-6, and **Exhibit 1** attached thereto.]

While the address identified on the check provided by Defendant to Mr. Frazier is that of Fitness' "Downtown LA Bloc – Flower St." club, LA Fitness is one of Fitness' brand names, and is not a separate limited liability company. Moreover, neither Fitness nor its brand, LA Fitness, opened nor authorized any person to open the bank account at Chase identified on the check handed to Mr. Frazier by Defendant. [Supplemental Declaration of Megan Stokesberry, at ¶¶2-3 and **Exhibit 1** attached thereto.]

As discussed above and in the accompanying declarations of Allen Frazier and Megan Stokesberry, and as set forth in Fitness' most recent *ex parte* to hold Defendant in contempt [Dkt. 47], Defendant's conduct and violations of the Preliminary Injunction are nonstop, unrelenting, and escalating. She continues to infringe on Fitness' trademarks, continues to misrepresent herself as the owner of Fitness to both Fitness employees and third parties, continues to take action as "LA Fitness" (this time by opening up a bank account), and continues to harass Fitness employees and trespass onto Fitness property, this time to demand that a Fitness employee give her cash.

It is clear that neither admonitions from this Court, the imposition of monetary sanctions, nor even the threat of possible imprisonment, are sufficient to deter Defendant from her harassing – and increasingly dangerous - course of conduct. Fitness therefore requests that the Court set an Order to Show Cause why Defendant should not be held in contempt, and to imprison Defendant until she complies with this Court's order.

DATED: April 7, 2023               YOKA | SMITH, LLP

BY: _____
ALICE CHEN SMITH
CHRISTINE C. DE METRUIS
Attorneys for Plaintiff, FITNESS INTERNATIONAL, LLC

3

FITNESS INTERNATIONAL, LLC'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS EX PARTE APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: CONTEMPT AND FOR IMPRISONMENT OF DEFENDANT AND/OR MONETARY SANCTIONS [DKT. 47]