**ALICE C. SMITH (SBN: 251654)**
asmith@yokasmith.com
**CHRISTINE C. DE METRUIS (SBN: 203610)**
cdemetruis@yokasmith.com
**YOKA | SMITH, LLP**
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071
Phone: (213) 427-2300
Fax:     (213) 427-2330

Attorneys for Plaintiff, FITNESS INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS INTERNATIONAL, LLC,<br><br>  Plaintiff,<br><br> vs.<br><br>LEAH ALSPAUGH and DOES 1 TO 50, Inclusive,<br><br>  Defendants. | Case No. 8:22-cv-01800-DOC-DFM<br><br>**PLAINTIFF FITNESS INTERNATIONAL, LLC'S [PROPOSED] STATEMENT OF THE CASE**<br><br>Complaint Filed:    October 3, 2022<br>Final Status Conf:  April 17, 2023<br>Trial Date:             May 2, 2023 |

Plaintiff FITNESS INTERNATIONAL, LLC, respectfully submits the following [Proposed] Statement of the Case:

///

///

///

///

///

1
PLAINTIFF FITNESS INTERNATIONAL, LLC'S [PROPOSED] STATEMENT OF THE CASE

Plaintiff Fitness International, LLC, owns and operates sports and fitness clubs throughout North America under the trade name LA Fitness, among others. Fitness International, LLC also offers personal training services under the trade name Pro Results. Fitness International, LLC alleges that it is the owner of federally registered trademarks "L.A. Fitness," "LA Fitness", and "Pro Results."

Defendant Leah Alspaugh is a former employee of Fitness International, LLC, who has not worked for Fitness International, LLC since approximately 2011. Fitness International, LLC alleges defendant Leah Alspaugh infringes on Fitness International, LLC's federally registered trademarks, and further unfairly began using its trade names LA Fitness and Fitness International, in a manner that is likely to cause confusion amongst its members, employees, third-party business affiliates, and ordinary consumers.

Fitness International, LLC further contends that defendant Leah Alspaugh further engaged in fraudulent conduct with the intent to harm Fitness International, LLC's business, including falsely claiming to be the owner of Fitness International, LLC's sports and fitness clubs, harassing its employees, attempting to hire and fire employees, terminate membership agreements, filing documents with federal and state agencies under the name LA Fitness and/or Fitness International, attempting to access Fitness International's bank accountds, opening up a bank account under the name "LA Fitness LLC" and attempting to induce Fitness International LLC employees to deposit funds into her account, and trespassing onto Fitness International, LLC properties, amongst other activities.

Defendant Leah Alspaugh denies these allegations, and contends she is the actual owner of "LA Fitness LLC" and the fitness facilities that are operated under the name "LA Fitness".

///

///

///

| | |
|---|---|
| DATED: April 25, 2023 | YOKA \| SMITH, LLP |
| | BY: /s/ Christine C. De Metruis |
| | ALICE CHEN SMITH |
| | CHRISTINE C. DE METRUIS |
| | Attorneys for Plaintiff, FITNESS INTERNATIONAL, LLC |