# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SA CV 22-01800-DOC-(DFMx) |
| Title: | Fitness International, LLC v. Leah Alspaugh, et al. |
| Date | May 4, 2023 |

Present: The Honorable  DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Alice Chen Smith & Christine DeMetruis | Leah Alspaugh (Pro Se) |

\_\_\_\_ Day Court Trial      Third Day Jury Trial

\_\_\_\_ One day trial:   \_\_\_\_ Begun (1st day);   \_\_\_\_ Held & Continued;   X Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by _____
\_\_\_\_ Witnesses called, sworn and testified.   \_\_\_\_ Exhibits Identified   \_\_\_\_ Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.   \_\_\_\_ Defendant(s) rest.
\_\_\_\_ Closing arguments made by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).   \_\_\_\_ Court instructs jury.
\_\_\_\_ Bailiff(s) sworn.   \_\_\_\_ Jury retires to deliberate.   ✓ Jury resumes deliberations.
✓ Jury Verdict in favor of   ✓ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.
✓ Jury polled.   \_\_\_\_ Polling waived.
✓ Filed Witness & Exhibit Lists   ✓ Filed jury notes.   ✓ Filed jury instructions.
\_\_\_\_ Judgment by Court for   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.   Briefs to be filed by _____
\_\_\_\_ Motion to dismiss by _____ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.
✓ Motion for Judgment/Directed Verdict by Plaintiff is \_\_\_\_ granted. \_\_\_\_ denied. ✓ submitted.
\_\_\_\_ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_\_ Case continued to _____ for further trial/further jury deliberation.
✓ Other: Jury Notes #1 & #2 are received and resolved. For reasons as stated on the record, the Court declares defendant, Leah Alspaugh to be a vexatious litigant. No future filings without leave of this Court.

: 32

Initials of Deputy Clerk   kdu

cc: