**FILED**
CLERK, U.S. DISTRICT COURT
5/4/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____kdu_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS INTERNATIONAL, LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>LEAH ALSPAUGH and DOES 1 TO 50, Inclusive,<br><br>  Defendants. | Case No. 8:22-cv-01800-DOC-DFM<br><br>**JURY NOTES (REDACTED)**<br><br>Trial Date:  May 2, 2023 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Date: 5/3/2023
Time: 5:00pm

Case No.    SA CV 22-01800-DOC (DFMx)

Case Name: Fitness International, LLC v. Leah Alspaugh, et al.

JURY NOTE NUMBER ___1___

☐ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

- Does the defendent's mental or medical condition factor into our decision-making process?

- Does the jury have leaway to award punitive damages other than monetary? (Such as mental treatment or otherwise)

Is there an opportunity for the jury to ask the judge a question directly as opposed to going through the lawyers or Leah Alspaugh?

SIGNED: _____
         FOREPERSON OF THE JURY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Date: 5/4/2023
Time: 11:45

Case No.   SA CV 22-01800-DOC (DFMx)

Case Name: Fitness International, LLC v. Leah Alspaugh, et al.

JURY NOTE NUMBER _____

✓   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

SIGNED: _____
FOREPERSON OF THE JURY