UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: SA CV 22-01800-DOC-(DFMx)   Date: June 26, 2023

Title: Fitness International, LLC v. Leah Alspaugh, et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Christine C. DeMetruis | No Appearance |

**PROCEEDINGS:** STATUS CONFERENCE

Defendant failed to appear. The case is called.

Plaintiff reports the defendant's further violations of the Permanent Injunction (Dkt.81). For reasons as stated on the record, the Court finds that the defendant, Leah Alspaugh, is in contempt of Court by way of continued violation of the Court's May 8, 2023 Permanent Injunction (Dkt.81) and failure to appear.

The Court hereby ORDERS the issuance of a WARRANT based upon the Order re Civil Contempt dated June 16, 2023 (Dkt. 98).

Defendant is to be brought before District Judge David O. Carter within 24 hours of being taken into custody.

cc:  USM
     CrimIntakeCourtDocs-SA
     <CrimIntakeCourtDocs-SA@cacd.uscourts.gov>

:   12

Initials of Deputy Clerk: kdu