**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION AT SANTA ANA**

**HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

**CERTIFIED TRANSCRIPT**

| | |
|---|---|
| FITNESS INTERNATIONAL, LLC, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | SACV NO. 22-01800-DOC |
| ) | |
| LEAH ALSPAUGH and DOES 1 TO 50, ) | |
| INCLUSIVE, ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

SANTA ANA, CALIFORNIA

MONDAY, DECEMBER 5, 2022

9:16 A.M.

**DEBORAH D. PARKER, CSR 10342**
**OFFICIAL COURT REPORTER**
**UNITED STATES DISTRICT COURT**
**411 WEST FOURTH STREET**
**SUITE 1-053**
**SANTA ANA, CALIFORNIA 92701**
**(657) 229-4305**
**transcripts@ddparker.com**

*Deborah D. Parker, U.S. Court Reporter*

```
APPEARANCES OF COUNSEL:

    FOR THE PLAINTIFF, FITNESS INTERNATIONAL, LLC:

                        CHRISTINE C. DeMETRUIS
                        YOKA & SMITH, LLP
                        445 SOUTH FIGUEROA STREET
                        38th FLOOR
                        LOS ANGELES, CALIFORNIA 90071
                        (213) 427-2300
                        cdemetruis@yokasmith.com


    FOR THE DEFENDANT, LEAH ALSPAUGH and DOES 1 TO 50
    INCLUSIVE:

                        LEAH ALSPAUGH
                        LEAH ALSPAUGH, PRO SE
                        1255 ELDON AVENUE
                        UNIT 520
                        MAILBOX 56
                        LOS ANGELES, CALIFORNIA 90006
                        (323) 762-6406
```

|  |  |
|---|---|
|  | 1   **SANTA ANA, CALIFORNIA; MONDAY, DECEMBER 5, 2022; 9:16 A.M.** |
|  | 2                          -oOo- |
|  | 3        THE COURT:  We're on the record concerning |
|  | 4   Fitness International versus Leah Alspaugh. |
| 09:16:49 | 5        And, Counsel, on behalf of the plaintiff, are you |
|  | 6   Alice Chen Smith? |
|  | 7        MS. DeMETRUIS:  No.  I'm Christine DeMetruis. |
|  | 8        THE COURT:  All right.  Thank you. |
|  | 9        And you're Leah Alspaugh, representing yourself? |
| 09:17:00 | 10       MS. ALSPAUGH:  Leah Alspaugh. |
|  | 11       THE COURT:  All right.  And the Court previously |
|  | 12  signed injunctive relief in this matter. |
|  | 13       The meet and confer attempts between the parties |
|  | 14  were unsuccessful, at least according to the scheduling |
| 09:17:20 | 15  conference report that I received. |
|  | 16       And, Ms. Alspaugh, I need your cooperation in |
|  | 17  terms of discussing potential dates with the plaintiff's |
|  | 18  counsel.  And it appears, at least from this rendition, that |
|  | 19  they have made numerous efforts to contact you.  It would be |
| 09:17:42 | 20  helpful if you're available, which is why I asked how to get |
|  | 21  ahold of you on the last occasion. |
|  | 22       I'm going to order the two of you to meet and |
|  | 23  confer now, so at least I have input from a pro se.  But, |
|  | 24  otherwise, I'm inclined to adopt the dates that you have |
| 09:17:59 | 25  proposed.  But, just in an abundance of caution -- because |

```
09:18:06   1  Ms. Alspaugh represents herself -- I want to have that
           2  input.  So I'm going to ask the two of you to go out in the
           3  hallway.  I'm going to ask you to get a calender for a
           4  moment.  I'm going to ask for your participation today in
09:18:16   5  terms of dates, availability for trial, okay?
           6              MS. ALSPAUGH:  Yes, Your Honor.
           7              THE COURT:  All right.  Thank you very much,
           8  Ms. Alspaugh.
           9              Now, if you'd excuse yourself to the hallway,
09:18:24  10  along with plaintiff's counsel.
          11              And, once again, I'm going to admonish you to be
          12  available, regardless of your representing yourself, because
          13  this is unduly consumptive of your time and the Court's time
          14  without your participation.
09:18:37  15              Thank you very much.
          16              MS. DeMETRUIS:  Your Honor, if I may just raise --
          17              THE COURT:  No, you may not, Counsel.
          18              MS. DeMETRUIS:  Okay.  Thank you, Your Honor.
          19              THE COURT:  You may go out in the hallway now just
09:18:46  20  as I ordered and discuss this matter.  This is becoming
          21  unduly consumptive of time.
          22              MS. DeMETRUIS:  Thank you.
          23              THE COURT:  Okay.  Thank you.
          24         (Interruption in the proceedings at 9:18 a.m.)
          25         (Proceedings resumed at 9:51 a.m.)
```

|  |  |
|---|---|
|  | 1          THE COURT: Fitness International and Leah |

```
                1           THE COURT:  Fitness International and Leah
                2   Alspaugh.
                3           Are you folks present or still talking?
                4      (Pause)
09:51:32        5           THE COURT:  Okay.  Have you had -- I don't care if
                6   the discussion is meaningful.  I just care that you've had
                7   the discussion in terms of dates, because you had no input
                8   from the defendant.
                9           MS. DeMETRUIS:  Yes, Your Honor.  Understood.
09:51:44       10           We did have a discussion of dates.  Ms. Alspaugh
               11   is not available in June or July.  She believes -- I believe
               12   her -- what she told me was that she was going to be
               13   traveling to London during those months.
               14           THE COURT:  I wouldn't have to set it in June or
09:52:02       15   July then.  I could set it in August, or September, or
               16   October, okay?
               17           MS. DeMETRUIS:  Correct.
               18           Well, Ms. Alspaugh has expressed to me a desire to
               19   have it earlier in April.  A trial date in April.
09:52:17       20           THE COURT:  If it doesn't press well with you
               21   folks, I'm happy to.
               22           MS. DeMETRUIS:  Well, Your Honor --
               23           THE COURT:  You're the plaintiff.
               24           MS. DeMETRUIS:  Yes.
09:52:24       25           THE COURT:  It would seem to be in your interest
```

*Deborah D. Parker, U.S. Court Reporter*

```
09:52:26   1    to have the trial as quickly as possible.  I just don't want
           2    to interfere with either one of you with vacations or other
           3    matters, but as far as other matters are concerned.
           4              MS. DeMETRUIS:  Yes.
09:52:36   5              THE COURT:  I think we accommodate that, can't we?
           6              MS. ALSPAUGH:  Yes, sir.
           7              THE COURT:  Okay.
           8              MS. DeMETRUIS:  We can do an April trial date.
           9    There are just a couple of things that Your Honor needs to
09:52:44  10    be aware of:
          11              Number one, Defendant Alspaugh has actually filed
          12    a complaint in state court against Fitness International.
          13    She has filed --
          14              THE COURT:  I have no jurisdiction over that.  The
09:53:00  15    state court judge needs to be made aware of this litigation.
          16              MS. DeMETRUIS:  We intend on removing it to this
          17    court, once it's properly served on us.
          18              It's also my understanding that Ms. Alspaugh has
          19    filed a request for reconsideration of the preliminary
09:53:18  20    injunction.
          21              THE COURT:  I'm going to resolve that at this
          22    time.  That motion is denied.
          23              MS. DeMETRUIS:  Okay.
          24              THE COURT:  That preliminary injunction remains in
09:53:29  25    place, Ms. Alspaugh, and please don't violate it.
```

*Deborah D. Parker, U.S. Court Reporter*

```
09:53:32   1              MS. DeMETRUIS:  Which is number three, Your Honor.
           2    She's actually violated it twice already.
           3              THE COURT:  I'm going to be lenient in that
           4    regard, Ms. Alspaugh.  I'm just admonishing you.  I'm not
09:53:41   5    seeking any intervention by the Court at this time, but you
           6    are on fair notice concerning the injunctive relief that
           7    I've granted.
           8              Please obey the Court's order, because the
           9    repercussions of not doing so can be very strict, okay?
09:54:00  10              All right.  Thank you.  Now --
          11              MS. ALSPAUGH:  The --
          12              THE COURT:  -- Counsel, now we're done.
          13              All right.  Discovery cutoff then is going
          14    February sometime.  We'll pick a date in just a moment.  A
09:54:11  15    pretrial motion will be sometime --
          16              Now, are you sure that the latest date is April?
          17    If you want May, I can do that.
          18              When are you going to London, Ms. Alspaugh?  What
          19    are your dates?
09:54:22  20              MS. ALSPAUGH:  I'm not sure exactly.  It's around
          21    June 3rd, but I would like to go ahead and have the trial as
          22    soon as possible.
          23              THE COURT:  Well, I understand that, but -- it
          24    will be pretty quick.  So what I'm trying to do is work out
09:54:37  25    a reasonable discovery date.
```

*Deborah D. Parker, U.S. Court Reporter*

```
09:54:40   1              MS. DeMETRUIS:  But, Your Honor, we've --
           2              THE COURT:  Counsel, just a moment now.  Thank you
           3   very much.
           4        (Pause)
09:55:03   5              THE COURT:  Now, Ms. Alspaugh, this is going to
           6   require your cooperation.  And there's -- at least, it would
           7   appear from the plaintiff's standpoint to be difficulty of
           8   getting ahold of you concerning even a scheduling conference
           9   and coming up with dates.  You have to make yourself
09:55:23  10   available in terms of depositions.  Just as you're deposing
          11   the other side, they have the right to depose you prior to
          12   trial.  So I'm just saying to you, you gave us the address
          13   last time.  Please be available, if I'm going to set this
          14   matter for trial in April.
09:55:38  15              And if she's going in June, do you want -- in
          16   other words, I'm trying to give you the most amount of time
          17   in that interim period of time.  Why wouldn't I set this in
          18   May?
          19              MS. DeMETRUIS:  Ms. Chen Smith and I have another
09:56:00  20   trial that's smack dab in the middle of May.
          21              THE COURT:  Well, then, it's going to be in April.
          22   I don't want to hear a complaint then that that's too quick
          23   from you.
          24              MS. DeMETRUIS:  Understood.
09:56:08  25              THE COURT:  Now, half the time, those cases
```

*Deborah D. Parker, U.S. Court Reporter*

|            |    |                                                              |
|------------|----|--------------------------------------------------------------|
| 09:56:10   | 1  | resolve, and I'll never interfere.  Is it a state court      |
|            | 2  | case?  Because I won't interfere with my state court         |
|            | 3  | colleagues, but -- is it a federal court case?               |
|            | 4  |             MS. DeMETRUIS:  It's a state court case,         |
| 09:56:22   | 5  | Your Honor.                                                  |
|            | 6  |             THE COURT:  Okay.  Whose court is it in?         |
|            | 7  |             MS. DeMETRUIS:  It's in San Diego.               |
|            | 8  |             THE COURT:  Okay.  Who's the judge?             |
|            | 9  |             MS. DeMETRUIS:  Just one moment.                 |
| 09:56:29   | 10 |             THE COURT:  Is that case definitely going?      |
|            | 11 |             MS. DeMETRUIS:  Well, it's already been continued|
|            | 12 | from September, so I suspect that it will be going.          |
|            | 13 |             THE COURT:  Okay.  And what's the date of that  |
|            | 14 | case?                                                        |
| 09:56:40   | 15 |             MS. DeMETRUIS:  That case is -- starts on -- just|
|            | 16 | one moment, Your Honor.                                      |
|            | 17 |             THE COURT:  I'm going to give each of you the most|
|            | 18 | amount of time, but get the case off the ground before you   |
|            | 19 | go to London.                                                |
| 09:57:12   | 20 |             MS. DeMETRUIS:  Understood.                      |
|            | 21 |             THE COURT:  Instead of after you go to London.  |
|            | 22 |        *(Pause)*                                              |
|            | 23 |             MS. DeMETRUIS:  I apologize, Your Honor.  I'm    |
|            | 24 | trying to pull up the correct date.                          |
| 09:57:24   | 25 |        *(Pause)*                                              |

*Deborah D. Parker, U.S. Court Reporter*

```
09:57:25   1              MS. DeMETRUIS:  Trial starts on that date on
           2   May 12th.
           3              THE COURT:  All right.  I'm setting this matter
           4   for May 2nd.
09:57:32   5              MS. DeMETRUIS:  I'm sorry?
           6              THE COURT:  May 2nd.  That's your trial date in my
           7   court.
           8              Your pretrial will take place two weeks before,
           9   which will be April 17th.  That will be at 8:30 in the
09:58:15  10   morning on each of those matters for appearances.
          11              Your final motion cutoff, which is the day I'm
          12   actually hearing your summary judgment motions, will be on
          13   March 27th, which is a Monday.
          14              And your discovery cutoff will be a month before
09:58:46  15   that, February 20th, just to be certain we give you enough
          16   time.
          17              Just one moment.  It appears to me that there are
          18   actually very few witnesses:
          19              Ms. Alspaugh, certainly, a percipient witness.
09:59:55  20   You have a number of people at the fitness centers,
          21   et cetera, but they don't seem to be a great number
          22   concerning her alleged conduct in which I granted your
          23   preliminary motion.  So it appears to me that it's a two- or
          24   three-day case.
10:00:13  25              In an abundance of caution, I'm going to give both
```

*Deborah D. Parker, U.S. Court Reporter*

```
10:00:18   1   of you four days, 10 hours per side.  I don't count your
           2   opening statement, nor your closing argument in this matter.
           3            So, Karlen, I'm going to repeat the dates:
           4            The discovery cutoff is February 20th, 2022.
10:00:28   5            The motion cutoff, which is the day I'm actually
           6   hearing motions, so you're filing 30 days in advance, is
           7   March -- I'm going to change that.  I'm going to change that
           8   to March -- no, I'm going to leave it.  March 27th.  That
           9   will give you plenty of time.
10:00:57  10            So you're filing 30 days in advance.  Your
          11   pretrial is on April 17th.  And your jury trial, 10 hours
          12   per side, is on -- well, will be on the date of May 2nd,
          13   with a four-day-time estimate.
          14            If there's a problem in terms of depositions,
10:01:16  15   et cetera, and reaching one another, as there was on the
          16   scheduling conference, I want to be noticed immediately.
          17            MS. DeMETRUIS:  Yes, Your Honor.
          18            THE COURT:  Meanwhile that preliminary injunction
          19   remains in effect.
10:01:28  20            Counsel, thank you very much.
          21            MS. DeMETRUIS:  Your Honor, the case is also not
          22   yet at issue.
          23            Can we have --
          24            THE COURT:  I'm sorry?
10:01:33  25            MS. DeMETRUIS:  The case is not yet --
```

```
10:01:33   1              THE COURT:  I can't hear you.  Pull the microphone
           2   closer.
           3              MS. DeMETRUIS:  I'm sorry.  The case is not at
           4   issue, as we don't have an answer on file from Ms. Alspaugh.
10:01:39   5              THE COURT:  Well, Ms. Alspaugh, I'm directing you
           6   to answer and respond to the complaint within seven days,
           7   okay?
           8              MS. ALSPAUGH:  Yes, sir.
           9              THE COURT:  Okay.  Thank you very much.  Have a
10:01:49  10   good day now.
          11              MS. DeMETRUIS:  Thank you, Your Honor.
          12         (At 10:01 a.m., proceedings were adjourned.)
          13                             -oOo-
          14
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25
```

*Deborah D. Parker, U.S. Court Reporter*

13

```
 1                           CERTIFICATE
 2           I hereby certify that pursuant to Section 753,
 3   Title 28, United States Code, the foregoing is a true and
 4   correct transcript of the stenographically reported
 5   proceedings held in the above-entitled matter and that the
 6   transcript page format is in conformance with the
 7   regulations of the Judicial Conference of the United States.
 8
 9   Date:  December 29, 2022
10
11
12                             /s/DEBORAH D. PARKER
                           DEBORAH D. PARKER, OFFICIAL REPORTER
13
```