Alice Chen Smith, SBN 251654
*asmith@yokasmith.com*
Christine C. De Metruis, SBN 203610
*cdemetruis@yokasmith.com*
**YOKA | SMITH, LLP**
**445 South Figueroa St., 38th Floor**
**Los Angeles, California 90071**
**Phone:  (213) 427-2300**
**Fax:      (213) 427-2330**

Attorneys for Plaintiff, FITNESS INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| FITNESS INTERNATIONAL, LLC<br><br>　　　　　Plaintiff,<br><br>-vs-<br><br>LEAH ALSPAUGH and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant. | Case No.: 8:22-CV-01800-DOC-DFM<br><br>**FITNESS INTERNATIONAL, LLC'S SUPPLEMENTAL MEMORANDUM RE: LEAH ALSPAUGH'S CONTINUING VIOLATION OF THE COURT'S PERMANENT INJUNCTION**<br><br>[Filed concurrently with Declaration of Mindy Stokesberry]<br><br><u>Hearing</u><br>Date:   September 29, 2023<br>Time:   9:00 a.m.<br>Courtroom:   10A |
|---|---|

///
///
///
///
///

1

Plaintiff FITNESS INTERNATIONAL, LLC (hereinafter "Fitness") respectfully submits the following supplemental memorandum regarding defendant LEAH ALSPAUGH's (hereinafter "Alspaugh") continuing violation of the Permanent Injunction entered by this Court on May 8, 2023. [Dkt. 81.]

**A. Further Harassing Emails From Defendant Alspaugh**

On September 20, 2023, Defendant Alspaugh sent four (4) emails to Fitness' Vice President of Human Resources, Mindy Stokesberry, with increasingly cryptic yet threatening messages.

At 11:14 a.m., Defendant Alspaugh sent the following message:

> I left you a message with hr. I was eye fucked by a female staff member . Please let the staff know that if you want to be Cinderella then it is a slipper that she wore. I also got the recordings from the irs and probate of our 2014 lease agreement and I need my quarter of million dollars that God damn Cinderella took . I will be back on the first . Catch a rainbow today. OH AND FIND SOMEONE TO TRANSFER TO TEAMS . END OF TERMS WITH SKYPE ON OCTOBER 1ST.

[Stokesberry Decl., at ¶2 and **Exhibit A** attached thereto.]

At 11:29 a.m., Defendant Alspaugh sent the following message:

> You might want to also inform that lady from Georgia Diane Alexander about the end of term with skype since she so convienenantly knocked off my phone lines to my la fitness platform and if she fucking touches my phones again I will tow her good damn Acura.

[Stokesberry Decl., at ¶2, and **Exhibit B** attached thereto.]

At 12:25 p.m., Defendant Alspaugh sent the following message:

> End of term with Jean too.. He does not live in the United States we don't have clubs in Peru he doesn't even understand Ignacio and he cannot make anymore fucking decisions for re la fitness. He garnished my wages in 2012 and we used them to pay my tax lien and that is all there is to say and if I hear him name again I will go directly to the source.

[Stokesberry Decl., at ¶2, and **Exhibit C** attached thereto.]

At 10:30 p.m., Defendant Alspaugh sent the following message:

> Webex cisco system software is the more compatible to the phone system it's not compatible with Microsoft edge and neither am I put it is inegral to platform that is rolling in peru for some fucked up reason.

[Stokesberry Decl., at ¶2 and **Exhibit D** attached thereto.]

As the above demonstrates, Alspaugh is continuing to violate this Court's order by communicating with Fitness personnel regarding LA Fitness' business and employees. Fitness therefore requests that the Court fashion an appropriate remedy to compel Alspaugh to comply with the Court's Order re Permanent Injunction and cease her infringing, fraudulent and harassing conduct.

DATED: September 21, 2023                    YOKA | SMITH, LLP

                                             BY: _[signature]_

                                             ALICE CHEN SMITH
                                             CHRISTINE C. DE METRUIS
                                             Attorneys for Plaintiff, FITNESS
                                             INTERNATIONAL, LLC

3

FITNESS INTERNATIONAL, LLC'S SUPPLEMENTAL MEMORANDUM RE: LEAH ALSPAUGH'S CONTINUING VIOLATION OF THE COURT'S PERMANENT INJUNCTION