UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No: SA CV 22-01800-DOC (DFMx)                  Date: October 16, 2023

Title: FITNESS INTERNATIONAL, LLC. v. LEAH ALSPAUGH

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Christine C. DeMetruis | Sam Cross, DFPD |

**PROCEEDINGS:**        STATUS CONFERENCE RE CIVIL CONTEMPT

Case is called. Defendant Leah Alspaugh not present.

For reasons as stated on the record, the Court issues a Bench Warrant (no bail) re Civil Contempt for defendant, Leah Alspaugh.

cc:    Samuel Cross, DFPD, sam_cross@fd.org
         USM, court.mail-cac@usdoj.gov

:    01
Initials of Deputy Clerk: kdu