1 | Alice Chen Smith, SBN 251654
2 | *asmith@yokasmith.com*
3 | Christine C. De Metruis, SBN 203610
  | *cdemetruis@yokasmith.com*
4 | **YOKA | SMITH, LLP**
  | **445 South Figueroa St., 38th Floor**
5 | **Los Angeles, California 90071**
6 | **Phone:  (213) 427-2300**
  | **Fax:      (213) 427-2330**
7 |
8 | Attorneys for Plaintiff, FITNESS INTERNATIONAL, LLC
9 |

10 | **UNITED STATES DISTRICT COURT**

11 | **CENTRAL DISTRICT OF CALIFORNIA**

12 |

13 | FITNESS INTERNATIONAL, LLC          ) Case No.: 8:22-CV-01800-DOC-DFM

14 |                          Plaintiff,

15 |                                                  **FITNESS INTERNATIONAL, LLC'S**
   |                                                  **SUPPLEMENTAL MEMORANDUM**
16 | -vs-                                             **RE: LEAH ALSPAUGH'S**
   |                                                  **CONTINUING VIOLATION OF THE**
17 | LEAH ALSPAUGH and DOES 1                **COURT'S PERMANENT**
   | through 50, inclusive,                           **INJUNCTION**
18 |

19 |                          Defendant.

20 |

21 |

22 |

23 |

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

Plaintiff FITNESS INTERNATIONAL, LLC (hereinafter "Fitness") respectfully submits the following supplemental memorandum regarding defendant LEAH ALSPAUGH's (hereinafter "Alspaugh") continuing violation of the Permanent Injunction entered by this Court on May 8, 2023.  [Dkt. 81.]

On October 18, 2023, Fitness received a Federal Express envelope from Alspaugh which contained the following documents:

- A Lead Sheet from the Los Angeles County Recorder's Office dated March 28, 2023

- An Installment Agreement – Court Ordered Debt Collections from the Franchise Tax Board to Alspaugh dated November 18, 2021;

- Instructions for an Earnings Assignment Order for Spousal or Partner Support (Family Law);

- An Income Withholding for Support form dated October 1, 2023, completed by Alspaugh in which apparently she seeks certain withholdings as a current LA Fitness employee, including $43,500,000 per month as "back pay on rents profits and supplements"; and

- An "Earnings Withholding Order for Taxes," also dated 10/1/23, and bearing a Los Angeles Superior Court case number 23STCV11440 (there is no such case listed on the Los Angeles Superior Court's docket).

**Exhibit A** to the concurrently-filed Declaration of Mindy Stokesberry ("Stokesberry Decl.").

Fitness has no knowledge or information as to whether either of the tax documents dated October 1, 2023 were forwarded to any tax authority by Alspaugh.

In addition, at approximately 10:00 a.m. on October 20, 2023, Alspaugh entered the downtown Los Angeles LA Fitness gym, went to the front desk computer, and began looking up information.  The police were called, however Alspaugh left before they arrived.  A police report filed in connection with this incident.  See **Exhibit B** to the Stokesberry Decl.

1    As the above demonstrates, Alspaugh is continuing to violate the Permanent
2    Injunction by trespassing onto Fitness' premises, using Fitness' equipment, and holding
3    herself out to be affiliated with Fitness and its brands.  Moreover, Fitness now has to try
4    to ascertain whether any of the tax-related documents were filed or submitted to the
5    Franchise Tax Board by Ms. Alspaugh.  In short, Fitness continues to be harassed and
6    forced to expend time and resources to try to untangle the web that Alspaugh continues
7    to spin.

8
9    DATED: October 20, 2023                    YOKA | SMITH, LLP
10
11                                          BY:_____
12
13                                              ALICE CHEN SMITH
                                                CHRISTINE C. DE METRUIS
14                                              Attorneys for Plaintiff, FITNESS
                                                INTERNATIONAL, LLC
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FITNESS INTERNATIONAL, LLC'S SUPPLEMENTAL MEMORANDUM RE: LEAH
ALSPAUGH'S CONTINUING VIOLATION OF THE COURT'S PERMANENT INJUNCTION