Alice Chen Smith, SBN 251654
*asmith@yokasmith.com*
Christine C. De Metruis, SBN 203610
*cdemetruis@yokasmith.com*
**YOKA | SMITH, LLP**
**445 South Figueroa St., 38th Floor**
**Los Angeles, California 90071**
**Phone:  (213) 427-2300**
**Fax:      (213) 427-2330**

Attorneys for Plaintiff, FITNESS INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS INTERNATIONAL, LLC<br><br>            Plaintiff,<br><br>-vs-<br><br>LEAH ALSPAUGH and DOES 1 through 50, inclusive,<br><br>            Defendant. | Case No.: 8:22-CV-01800-DOC-DFM<br><br>**FITNESS INTERNATIONAL, LLC'S FURTHER SUPPLEMENTAL MEMORANDUM RE: LEAH ALSPAUGH'S CONTINUING VIOLATION OF THE COURT'S PERMANENT INJUNCTION** |

///
///
///
///
///

Plaintiff FITNESS INTERNATIONAL, LLC (hereinafter "Fitness") respectfully submits the following further supplemental memorandum regarding defendant LEAH ALSPAUGH's (hereinafter "Alspaugh") continuing violation of the Permanent Injunction entered by this Court on May 8, 2023. [Dkt. 81.]

At approximately 9:00 a.m. on October 23, 2023, Alspaugh entered Fitness' downtown Los Angeles LA Fitness gym. Alspaugh walked behind the front desk, engaged with Fitness personnel who requested that she leave. Alspaugh refused to leave, and sat down at the front desk computer. The police were called, however Alspaugh left the premises approximately 10 minutes later, before the authorities arrived. Below is a link to the surveillance video of Alspaugh at the LA Fitness gym on October 23, 2023:

https://yokasmith.sharefile.com/d-saa3aed0aa7b64e468a0648da244b58ce

DATED: October 25, 2023

YOKA | SMITH, LLP

BY: _____
ALICE CHEN SMITH
CHRISTINE C. DE METRUIS
Attorneys for Plaintiff, FITNESS INTERNATIONAL, LLC

2

FITNESS INTERNATIONAL, LLC'S FURTHER SUPPLEMENTAL MEMORANDUM RE: LEAH ALSPAUGH'S CONTINUING VIOLATION OF THE COURT'S PERMANENT INJUNCTION