Alice Chen Smith, SBN 251654
asmith@yokasmith.com
Christine C. De Metruis, SBN 203610
cdemetruis@yokasmith.com
**YOKA | SMITH, LLP**
**445 South Figueroa St., 38th Floor**
**Los Angeles, California 90071**
**Phone:  (213) 427-2300**
**Fax:      (213) 427-2330**

Attorneys for Plaintiff, FITNESS INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS INTERNATIONAL, LLC<br><br>              Plaintiff,<br><br>-vs-<br><br>LEAH ALSPAUGH and DOES 1 through 50, inclusive,<br><br>              Defendant. | Case No.: 8:22-CV-01800-DOC-DFM<br><br>**FITNESS INTERNATIONAL, LLC'S SECOND SUPPLEMENTAL MEMORANDUM RE: LEAH ALSPAUGH'S CONTINUING VIOLATION OF THE COURT'S PERMANENT INJUNCTION** |

///
///
///
///
///

---

1
FITNESS INTERNATIONAL, LLC'S SECOND SUPPLEMENTAL MEMORANDUM RE: LEAH ALSPAUGH'S CONTINUING VIOLATION OF THE COURT'S PERMANENT INJUNCTION

Plaintiff FITNESS INTERNATIONAL, LLC (hereinafter "Fitness") respectfully submits the following further supplemental memorandum regarding defendant LEAH ALSPAUGH's (hereinafter "Alspaugh") continuing violation of the Permanent Injunction entered by this Court on May 8, 2023. [Dkt. 81.]

On October 26, 2023, Alspaugh sent a series of emails to Fitness' Vice President of Human Resources, Mindy Stokesberry, between 7:47 p.m. and 8:05 p.m., as follows:

**7:47 p.m. email**

Hi Mindy,

I know Jean doesn't work for la fitness anymore but one of the old employees Giovanni was on the garnishment order. Could you please look it up he I think he worked in tustin too. Nutella is like a French peanut butter but I'm not sure if. That is his last name. Double check with la fitness Tustin

In good health,

Leah

**7:49 p.m. email**:

Check into the longbeach grommet for any publications thus month about ada companies issues. I. Good health,

Leah

**8:05 p.m. email**:

Whose the xray tech ? I'm not sure why  I'm getting fucked up on the pay roll and the adp login.  Is anyone on God damn pay roll.

In good health,

Leah

[Stokesberry Decl., at ¶2, and **Exhibit 1** thereto, errors in original.]

As per usual, the emails were all sent from the proreults411@gmail.com email address, which infringes on Fitness' federally protected trademark, Pro Results.

DATED: October 27, 2023

YOKA | SMITH, LLP

BY: _____
ALICE CHEN SMITH
CHRISTINE C. DE METRUIS
Attorneys for Plaintiff, FITNESS INTERNATIONAL, LLC

3

FITNESS INTERNATIONAL, LLC'S SECOND SUPPLEMENTAL MEMORANDUM RE: LEAH ALSPAUGH'S CONTINUING VIOLATION OF THE COURT'S PERMANENT INJUNCTION