Alice Chen Smith, SBN 251654
asmith@yokasmith.com
Christine C. De Metruis, SBN 203610
cdemetruis@yokasmith.com
**YOKA | SMITH, LLP**
**445 South Figueroa St., 38th Floor**
**Los Angeles, California 90071**
**Phone:  (213) 427-2300**
**Fax:      (213) 427-2330**

Attorneys for Plaintiff, FITNESS INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS INTERNATIONAL, LLC<br><br>　　　　　Plaintiff,<br><br>-vs-<br><br>LEAH ALSPAUGH and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant. | Case No.: 8:22-CV-01800-DOC-DFM<br><br>**FITNESS INTERNATIONAL, LLC'S THIRD SUPPLEMENTAL MEMORANDUM RE: LEAH ALSPAUGH'S CONTINUING VIOLATION OF THE COURT'S PERMANENT INJUNCTION** |

Plaintiff FITNESS INTERNATIONAL, LLC (hereinafter "Fitness") respectfully submits the following further supplemental memorandum regarding defendant LEAH ALSPAUGH's (hereinafter "Alspaugh") continuing violation of the Permanent Injunction entered by this Court on May 8, 2023. [Dkt. 81.] Alspaugh's conduct is now criminal in nature, and is now a clear threat to the safety of Fitness' personnel and members.

One of the most disturbing events to date occurred on November 6, 2023, when Alspaugh went to LA Fitness' La Habra LA, walked immediately behind the front desk, opened up a cabinet, and **grabbed a set of keys**. When Fitness' Operations Manager Ernest Roque saw what she was doing, he attempted to grab the keys back, and tug of war ensued, culminating with **Alspaugh striking Mr. Roque on the head** in order to get him to let go of her arm. After Mr. Roque let go of her arm, Alspaugh – still in possession of the keys – left. The police were called, however Fitness is now forced to change the locks to the gym for the safety and security of its employees and members. Below is a link to the November 6, 2023 surveillance video:

**https://yokasmith.sharefile.com/d-s8060428264274759817c44a537867133**

[Stokesberry Decl., at ¶2.]

This was actually Alspaugh's second trip to the La Habra location in November. She was there on November 2, 2023, when she asked the staff if the "back room was ready" for her. She stated that she was the owner of the building, the owner of the company, and that she pays for everything in the building except the "ugly turf." She spoke with Mr. Roque, and asked him "why the f**k is that employee working here." When Mr. Roque realized who she was, he asked her to leave. Alspaugh refused to leave and repeatedly threatened to "kick his ass," and stated she would not leave. The police were called, however Alspaugh left before they arrived. [Stokesberry Decl., at ¶3.]

Alspaugh also continues to harass Fitness' Vice President of Human Resources, Mindy Stokesberry, by email. On November 5, 2023, at 6:43 a.m., Alspaugh sent an

incomprehensible email to Ms. Stokesberry which states in pertinent part: "I have the suit from Xing wen wen synchronized swimmer royal blue gold that I bought for 3800 from the hut club. It is not a swap meet item. I am posting it vintage for 1000000. It's a dry suit never been worn." [Stokesberry Decl., at ¶4, and **Exhibit A** thereto.]

On November 7, 2023, Alspaugh sent another email to Ms. Stokesberry at approximately 7:10 a.m., with a much more menacing tone, which states: "You're not tone death so don't ignore me. Not either." [Stokesberry Decl., at ¶5, and **Exhibit B** thereto.]

As per usual, both emails were sent from the proreults411@gmail.com email address, which infringes on Fitness' federally protected trademark, Pro Results.

Given the fact that Alspaugh has now stolen property (keys) and assaulted Fitness employee Mr. Roque on November 6th, and sent a threatening email to Ms. Stokesberry on November 7th, Fitness believes criminal charges against Alspaugh are appropriate, if not overdue, due to the escalation in her conduct.

DATED: November 7, 2023                         YOKA | SMITH, LLP

                                                BY:_____
                                                 ALICE CHEN SMITH
                                                 CHRISTINE C. DE METRUIS
                                                 Attorneys for Plaintiff, FITNESS
                                                 INTERNATIONAL, LLC