# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: SA CV 22-01800-DOC (DFMx)           Date: February 5, 2024

Title: FITNESS INTERNATIONAL, LLC. v. LEAH ALSPAUGH

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Christine C. DeMetruis | Sam Cross, DFPD |

**PROCEEDINGS:**     STATUS CONFERENCE RE CIVIL CONTEMPT
(Evidentiary: held and completed)

Case is called. Defendant Leah Alspaugh present in custody.

The Court hears testimony from witness and receives exhibits regarding defendant's violation of permanent injunction.

For reasons as stated on the record, the Court continues the status conference to Wednesday, February 7, 2024 at 4:00 PM.

cc:     Samuel Cross, DFPD, sam_cross@fd.org
         USM, court.mail-cac@usdoj.gov

:    39
Initials of Deputy Clerk: kdu