# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.
*(Please read instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Annie Darbinian | 2a. Contact Phone Number: (714) 338-4500 | 3a. Contact E-mail Address: Annie_Darbinian@fd.org |
| 1b. Attorney Name (if different): Samuel Cross | 2b. Attorney Phone Number: (714) 338-4500 | 3b. Attorney E-mail Address: Sam_Cross@fd.org |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Federal Public Defender's Office
411 W. Fourth Street, Suite 7110
Santa Ana, CA 92701

**5. Party Represented:** Leah Alspaugh
**6. Case Name:** Fitness International, LLC v. Leah Alspaugh
**7a. District Court Case Number:** 8:22-cv-01800-DOC-DFM
**7b. Appeals Court Case Number:** N/A

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
- [ ] DIGITALLY RECORDED
- [X] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Sharon Seffens

**9. THIS TRANSCRIPT ORDER IS FOR:** [X] Appeal  [ ] Non-Appeal   [ ] Criminal  [X] Civil   [ ] CJA  [ ] USA  [X] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| DATE | JUDGE (initials) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/20/2023 | DOC | Contempt Hearing | ● | | | | | | | EXPEDITED (7-day) |
| 07/24/2023 | DOC | Contempt Hearing | ● | | | | | | | EXPEDITED (7-day) |
| 02/15/2024 | DOC | Contempt Status Hearing | ● | | | | | | | EXPEDITED (7-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

**Date:** 03/18/2024   **Signature:** /s/ Samuel Cross

G-120 (10/15)