UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 22-01800-DOC (DFMx)                    Date: March 20, 2024

Title: FITNESS INTERNATIONAL, LLC. v. LEAH ALSPAUGH

PRESENT: THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Christine C. DeMetruis | Sam Cross, DFPD |

**PROCEEDINGS:** STATUS CONFERENCE RE CIVIL CONTEMPT

Case is called.

Defendant Leah Alspaugh is present in custody.

Also present, TeleCare Representnatives Felicia Taing and Marian Kettler.

The Court orders a portion of the proceeding and the transcript SEALED, until further order of the court.

By order of the Court, the defendant is to be RELEASED March 22, 2024 between 9:00 AM and 10:00 AM.

The Court RECOMMENDS the defendant be released to a representative from Telecare Corp.

**cc:** USMS (court.mail-cac@usdoj.gov and cac.sacourt@usdoj.gov)

                                                          1 : 22
                                     Initials of Clerk    kdu