Alice Chen Smith, SBN 251654
asmith@yokasmith.com
Christine C. De Metruis, SBN 203610
cdemetruis@yokasmith.com
**YOKA | SMITH, LLP**
**445 South Figueroa St., 38th Floor**
**Los Angeles, California 90071**
Phone:  (213) 427-2300
Fax:      (213) 427-2330

Attorneys for Plaintiff, FITNESS INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS INTERNATIONAL, LLC,<br><br>　　　　　　Plaintiff,<br><br>-vs-<br><br>LEAH ALSPAUGH and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendant. | Case No.: 8:22-cv-01800-DOC-DFM<br><br>**DECLARATION OF MINDY STOKESBERRY IN SUPPORT OF FITNESS INTERNATIONAL, LLC'S FURTHER BRIEF RE: LEAH ALSPAUGH'S CONTINUING VIOLATION OF THE COURT'S PERMANENT INJUNCTION** |

I, MINDY STOKESBERRY, hereby declare as follows:

1. I have been employed by Plaintiff Fitness International, LLC ("Fitness") since 2003, and am currently the Vice President of Human Resources, a position I have held since June 2015. In that capacity, I am responsible for Employee Relations. I am also one of the custodians of records for Fitness. I have personal knowledge of the facts stated herein, and if called as a witness I could and would testify competently thereto.

2. On April 10, 2024, I received notice that on April 9, 2024, Leah Alspaugh ("Alspaugh"0 attempted to change the locks at one of Fitness' facilities in Santa Fe Springs, California. The security guard from Brixmor Property Group – Gateway Plaza, the property management company for the plaza where the Santa Fe Springs LA Fitness is located, contacted the police, however Alspaugh left before the police arrived. Attached hereto as **Exhibit 1** is a true and correct copy of the Incident Report received from Brixmor Property Group – Gateway Plaza, which sets forth the details of the encounter with Alspaugh. Attached hereto as **Exhibit 2** is a true and correct copy of a photograph of Alspaugh outside of the Santa Fe Springs' LA Fitness location which I received from the Brixmor Property Group. Attached hereto as **Exhibit 3** is a true and correct copy of the Whittier Police Department report number that was given to the Brixmor representative, and which was forwarded to me.

3. On April 10, 2024, Alspaugh sent two emails to Fitness' Human Resources department. The first email was sent at 11:39 a.m., and states: "Please submit a check in the amount of 5400. To Leah alspaugh for unpaid wages claim to her home at 241 trails end road, Chelsea,al 35043." Alspaugh sent a second email at 1:12 p.m. on April 10, 2024, which consisted solely of a photograph of a page from what appears to be a religious pamphlet, with the sentence "Whoever finds his own life will lose it, but the person who loses his life for my sake will find it" circled with an asterisk next to it. Below that is a handwritten notation that states "HATE CRIME FOR WAR! LEAD ON." Attached hereto as **Exhibit 4** and **Exhibit 5** are true and correct copies of the April 10, 2024 emails I received from Alspaugh.

4. On April 24, 2024, I received two emails from Alspaugh at 6:44 p.m. and 6:45 p.m. The emails both had the subject line "Miracle Mile Rainbow." The first email includes a photograph of the sky; the second contains a photograph of an unidentified man. Attached hereto as **Exhibit 6** are true and correct copies of the April 24, 2024 emails I received from Alspaugh.

5. On April 29, 2024, I received another email from Alspaugh which states in pertinent part: "Hey Mindy, FYI another tawainese lady from the city of walnut with the last name Chen probably Alice Chen Lin king sister got charged with 150 million dollar embezzlement of fraudulent stamps and post marks to ship to China." Attached hereto as **Exhibit 7** is a true and correct copy of the April 29, 2024 email I received from Alspaugh.

I declare under penalty of perjury of the laws of United States of America that the foregoing is true and correct.

Executed on this 30 day of April, 2024 in Irvine, California.

_Mindy Stokesberry_
Mindy Stokesberry