UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SA CV 22-01800-DOC (DFMx)                              Date: May 3, 2024

Title: FITNESS INTERNATIONAL, LLC. v. LEAH ALSPAUGH

PRESENT: THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Debbie Hino-Spaan |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| Christine C. DeMetruis | Sam Cross, DFPD |
|  | Leah Alspaugh |

**PROCEEDINGS:**   STATUS CONFERENCE RE CIVIL CONTEMPT

Case is called. The Court and counsel confer.

The Court orders the hearing continued to May 24, 2024 at 1:30 PM.

Plaintiff to return with information regarding pending criminal charges with the Orange County Superior Court.

Defendant to return with information regarding progress with Telehealth.

                                                                           :   18
                           Initials of Clerk     kdu