# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fitness International, LLC., <br><br> V. <br><br> Leah Alspaugh, <br><br> Plaintiff(s) <br><br> Defendant(s). | **CASE NUMBER:** <br><br> 8:22-cv-01800-DOC-DFMx <br><br> **WARRANT FOR ARREST** |

TO:  UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Leah Alspaugh and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment ☐ Information ☒ Order of Court ☐ Violation Petition ☐ Violation Notice charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

CIVIL CONTEMPT

**FILED**
CLERK, U.S. DISTRICT COURT

07/25/24

CENTRAL DISTRICT OF CALIFORNIA
BY: ASH  DEPUTY

in violation of Title  18  United States Code, Section(s)  401

| | |
|---|---|
| Kiry K. Gray <br> NAME OF ISSUING OFFICER <br><br> Clerk of Court <br> TITLE OF ISSUING OFFICER <br><br> /s/ Karlen Dubon <br> SIGNATURE OF DEPUTY CLERK | October 16, 2023, Santa Ana, CA <br> DATE AND LOCATION OF ISSUANCE <br><br> By: Hon. David O. Carter <br> NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

Santa Ana, CA

10/16/2023
DATE RECEIVED

2/5/2024
DATE OF ARREST

_[signature]_ Bravo
NAME OF ARRESTING OFFICER

Deputy U.S. Marshal
TITLE

_[signature]_
SIGNATURE OF ARRESTING OFFICER

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO