Alice Chen Smith, SBN 251654
asmith@yokasmith.com
Christine C. De Metruis, SBN 203610
cdemetruis@yokasmith.com
**YOKA | SMITH, LLP**
**445 South Figueroa St., 38th Floor**
**Los Angeles, California 90071**
**Phone:  (213) 427-2300**
**Fax:      (213) 427-2330**

Attorneys for Plaintiff, FITNESS INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS INTERNATIONAL, LLC<br><br>　　　　　　　Plaintiff,<br><br>-vs-<br><br>LEAH ALSPAUGH and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendant. | Case No.: 8:22-CV-01800-DOC-DFM<br><br>**FITNESS INTERNATIONAL, LLC'S FURTHER BRIEF RE: LEAH ALSPAUGH'S CONTINUING VIOLATIONS OF THE COURT'S PERMANENT INJUNCTION** |

Plaintiff FITNESS INTERNATIONAL, LLC (hereinafter "Fitness") respectfully submits the following further supplemental brief regarding defendant LEAH ALSPAUGH's (hereinafter "Alspaugh") continuing violations of the Permanent Injunction entered by this Court on May 8, 2023.  [Dkt. 81.]

1

I. **ALSPAUGH HAS THREATENED TO KILL A FITNESS EMPLOYEE**

On December 21, 2024, Fitness employee, Warren McGee received two telephone calls from Alspaugh in which Alspaugh purported to give Mr. McGee instructions regarding LA Fitness club operations. Mr. McGee informed Alspaugh that he was hanging up on her. After doing so, Mr. McGee received the following voicemail message from Alspaugh:

> Hi, my name is Leah Alspaugh. I'm calling to tell you that **I'm going to beat the living shit out of you**, you fucking gook lover, you fucking Indian (?) lover motherfucking lying piece of shit. You do not work for LA Fitness, you stole my phone, my Cisco phones out of the La Habra club, you tried to, tried to solicit it into the fucking Long beach club, and then you tried to solicit it into another one. Some fucking Jewish guy named Shapiro that lives in fucking uh trying to crash everything to Hong Kong. **You stupid terrorist motherfucker I'm gonna kill you**. [Emphasis added]

Below is a link to Alspaugh's threatening voicemail message:

\\Capp-295\yasl$\Users\cdemetruis_yokasmit\Desktop\audio.mp3

Fitness reported the threat to the Irvine Police Department, case no. 21-14314. [Declaration of Mindy Stokesberry, at ¶2.] In addition, counsel for Fitness reported the threat to the district attorney who is handling a separate, unrelated felony complaint against Alspaugh wherein Alspaugh is accused of attempting to steal property from a family in Newport Beach. [De Metruis Decl., at ¶2.]

II. **ALSPAUGH CONTINUING TRESPASS AND HARASSMENT OF FITNESS PERSONNEL**

On or about November 20, 2024, Alspaugh called one of Fitness' district operations manager, Letty Meza, and informed Ms. Meza that she was the owner of LA

2

FITNESS INTERNATIONAL, LLC'S FURTHER BRIEF RE: LEAH ALSPAUGH'S CONTINUING VIOLATIONS OF THE COURT'S PERMANENT INJUNCTION

Fitness, and claimed the staff in the La Habra club has her mail and she wanted it back. Ms. Meza informed Alspaugh that Alspaugh was not permitted to be in any Fitness' clubs, and further informed Alspaugh that Fitness does not have anything that belonged to her. [Stokesberry Decl., at ¶3.]

On or about November 21, 2024, Alspaugh telephoned Mr. McGee, and informed him to remove certain equipment from the La Habra club, and to fire everyone from the corporate office. Below is a link to Alspaugh's November 21, 2024 voicemail message.

\\Capp-295\yasl$\Users\cdemetruis_yokasmit\Desktop\Alspaugh\audio.mp3

[Stokesberry Decl., at ¶ 4.]

On or about November 21, 2024, Alspaugh purchased an on-line membership at Fitness' Yorba Linda club, which was immediately cancelled by Fitness. [Stokesberry Decl., at ¶5.]

On November 26, 2024, Alspaugh went to the La Habra club and attempted to enter using the membership agreement she purchased. She was informed that her membership had been revoked. She then stated she would go to the Long Beach club and left. [Stokesberry Decl., at ¶6.]

Finally, Alspaugh continues to send numerous, nonsensible and harassing emails to Fitness' Vice President of Human Recourses, Mindy Stokesberry. Attached to the concurrently-filed Declaration of Ms. Stokesberry are over 40 emails received in December 2024 alone. [Stokesberry Decl., at ¶7 and **Exhibit A** attached thereto.]

### III. ALSPAUGH'S THREATS AGAINST FITNESS' COUNSEL

In addition to threatening Fitness employees, Alspaugh also has threatened Fitness' counsel, as well. On November 21, 2024, Alspaugh called Fitness' counsel, Christine De Metruis of Yoka Smith LLC, and left a message stating that she was filing a complaint against Ms. De Metruis for stealing money from LA Fitness, and that she would kick Ms. De Metruis' ass if she sees her again. Shortly after leaving that message with the receptionist at Yoka Smith Ms. Alspaugh sent two emails to Ms. De Metruis'

assistant, Cecila Solis, accusing Yoka Smith of stealing money and of rape. [De Metruis Decl., at ¶4 and **Exhibit A** attached thereto.]

Alspaugh's recent communications represent a clear threat to the health and safety of Fitness' personnel. As such, Fitness respectfully requests that the Court enforce the Permanent Injunction, hold Alspaugh in contempt of court, and issue a bench warrant for her arrest for her flagrant and repeated violations of the Permanent Injunction.

DATED: December 27, 2024         YOKA | SMITH, LLP

                                 BY:_____
                                   ALICE CHEN SMITH
                                   CHRISTINE C. DE METRUIS
                                   Attorneys for Plaintiff, FITNESS
                                   INTERNATIONAL, LLC

4

FITNESS INTERNATIONAL, LLC'S FURTHER BRIEF RE: LEAH ALSPAUGH'S CONTINUING VIOLATIONS OF THE COURT'S PERMANENT INJUNCTION